**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X    Chapter 11

In re:                                                                                      Case No. 1-20-43621

BMSL Management, LLC,

Debtor-in-Possession

-------------------------------------------------------------------X

### STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) and LOCAL RULE 1073-3

      There are no corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

Dated:

October 14, 2020
Kew Gardens, New York

                                          **SHIRYAK, BOWMAN, ANDERSON,**
                                          **GILL & KADOCHNIKOV LLP,** as
                                          counsel to **BMSL Management, LLC**

                                          /s/Btzalel Hirschhorn
                                          By: Btzalel Hirschhorn, Esq.
                                          Attorney for Debtor
                                          80 – 02 Kew Gardens Road, Suite 600
                                          Tel: (718) 263-6800
                                          Bhirschhorn@sbagk.com